# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| MARCHELLO MOORE, | ) |
| Plaintiff, | ) |
| | ) No. 2:20-cv-02533-JTF |
| v. | ) |
| FEDERAL BUREAU OF PRISONS, ET AL., | ) |
| Defendants. | ) |

## JUDGMENT

Decision by Court.  This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is Dismissed with Prejudice in accordance with the Order Dismissing Case, Certifying An Appeal Would Not Be Taken in Good Faith, and Notifying Plaintiff of Appellate Filing Fee entered on April 26th, 2021.

**IT IS SO ORDERED**, this 26th day of April 2021.

APPROVED:

s/John T. Fowlkes, Jr.  
JOHN T. FOWLKES, JR.  
UNITED STATES DISTRICT JUDGE

THOMAS M. GOULD  
CLERK

April 26, 2021  
DATE

s/Kristen Polovoy  
(BY) LAW CLERK